No. 02–1605.  GENERAL MOTORS CORP. *v.* BLACK ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–1607.  PETITT, DISTRICT ATTORNEY OF WASHINGTON COUNTY, PENNSYLVANIA *v.* BRILLA.  C. A. 3d Cir.  Certiorari denied.

No. 02–1608.  RUGGIERO *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 02–1610.  JACOBY, SUPERINTENDENT OF BETHEL SCHOOL DISTRICT, ET AL. *v.* PRINCE, A MINOR, BY AND THROUGH HER PARENTS, PRINCE ET UX.  C. A. 9th Cir.  Certiorari denied.

No. 02–1611.  RUPPENTHAL *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–1613.  HOLBROOK *v.* ALLIED VAN LINES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 02–1615.  WASHINGTON *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–1616.  WILKINS *v.* DISCIPLINARY COMMISSION OF THE SUPREME COURT OF INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 02–1617.  BRANCH *v.* SONY MUSIC ENTERTAINMENT, INC.  C. A. 2d Cir.  Certiorari denied.

No. 02–1619.  LAUTERMILCH *v.* FINDLAY CITY SCHOOLS.  C. A. 6th Cir.  Certiorari denied.

No. 02–1620.  INDEPENDENT INSURANCE AGENTS AND BROKERS OF AMERICA, INC., ET AL. *v.* HAWKE, COMPTROLLER OF THE CURRENCY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–1623.  TULARE COUNTY, CALIFORNIA, ET AL. *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.